**Order entered June 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00177-CR

**ROLI AROLDO LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81302-2018**

## ORDER

Appellant's brief was initially due May 4, 2019. When it was not filed, we notified appellant by postcard dated May 8, 2019 and directed him to file a brief and an extension motion by May 18, 2019. To date, no brief has been filed, and we have had no correspondence from appellant regarding the brief or the appeal.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal, whether appellant has abandoned the appeal, or whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708

(Tex. App.–Corpus Christi 1987, no pet.) (per curiam).  If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; to counsel Stephanie Hudson; and to the Collin County District Attorney.

This appeal is **ABATED** to allow the trial court to comply with the above order.  The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.


/s/     LANA MYERS
          JUSTICE